422 A.2d 680

Commonwealth v. Thomas, a/k/a Williams, Appellant.

Submitted October 26, 1978. Patrick McFalls, Assistant Public Defender, for appellant; Robert L. Eberhardt, Assistant District Attorney, for Commonwealth, appellee.

Before VAN der VOORT, SPAETH and MONTGOMERY, JJ.

The judgment of sentence is affirmed.

422 A.2d 680

Tackett v. Tackett, Appellant.

Argued October 24, 1978. Alan Berman, for appellant; John Daley, for appellee.

Before VAN der VOORT, SPAETH and LIPEZ, JJ.

Decree affirmed.